# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

EDWARD EVANS DONNELL,

      Plaintiff,

  v.                             CASE NO. 3:15-cv-00122

GC SERVICES, LP,

      Defendant.

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, EDWARD EVANS DONNELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                              RESPECTFULLY SUBMITTED,

DATED: March 2, 2015

                              By: /s/ Michael McNulty
                              Michael McNulty
                              McNulty & Associates, PLLC
                              800 Broadway Ave., 3rd Floor
                              Nashville, Tennessee 37203
                              615.829.8250
                              Michael@mcnultyassociatestn.com
                              Tennessee Bar Number 025974

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Michael McNulty
    Michael McNulty, Esq.
    Attorney for Plaintiff