# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

EDWARD EVANS DONNELL,

      Plaintiff,

  v.                          CASE NO. 3:15-cv-00122

GC SERVICES, LP,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

EVANS DONNELL (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

RESPECTFULLY SUBMITTED,

DATED: April 2, 2015

        By: /s/ Michael McNulty
        Michael McNulty
        McNulty & Associates, PLLC
        800 Broadway Ave., 3rd Floor
        Nashville, Tennessee 37203
        615.829.8250
        Michael@mcnultyassociatestn.com
        Tennessee Bar Number 025974

## CERTIFICATE OF SERVICE

    I herby certify that on April 2, 2015, Plaintiff's Notice of Voluntary Dismissal was filed via the ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                            By: /s/ Michael McNulty
                                  Michael McNulty, Esq.
                                  Attorney for Plaintiff